JS-6

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL SCHULMAN,

               Plaintiff,

    v.

LUCAS GROUP, an entity of unknown form; and DOES 1 through 100, inclusive,

               Defendants.

Case No. CV 15-9283-GW(AGRx)

**ORDER ON JOINT STIPULATION FOR DISMISSAL OF ENTIRE CIVIL ACTION**

Trial Date: November 29, 2016
Date Action Filed: August 12, 2015
Assigned to: Hon. George H. Wu

The Stipulation of the Parties is adopted by the Court,

**IT IS ORDERED:**

This action shall be dismissed with prejudice as to all parties and claims forthwith, with each party to bear its own attorneys' fees and costs.

Date:  October 3, 2016

GEORGE H. WU, U.S. District Judge

**[PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL OF ENTIRE CIVIL ACTION**